**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| DANIEL L. ROCKWELL, ET AL. | * | |
| Plaintiffs | * | |
| vs. | * | Civil Action No.: 1:13-cv-03049-RDB |
| DETECTIVE CLYDE RAWLINS , ET AL. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS, DANIEL L. ROCKWELL'S AND DEMETRIA R. HOLDEN'S STATUS REPORT

Daniel L. Rockwell and Demetria R. Holden, Plaintiffs, by their undersigned counsel, pursuant to this Court's Scheduling Order dated March 12, 2104, respectfully submit this status report.

### a.   Whether discovery has been completed

Discovery has not been completed. Plaintiffs owe to Defendant, Rawlins, responses to Interrogatories and Requests for Production of Documents. Due to certain difficulties that Plaintiffs have encountered, Plaintiffs have been unable to provide responses to the aforesaid discovery requests. The nature of said difficulties is sensitive, and Plaintiffs' counsel has shared this with Defendants' counsel, and will share this with the Court in a secure forum.

### b.   Whether any motions are pending

There is pending Defendant, Baltimore Police Department's Motion to Bifurcate and to Stay Discovery (ECF #58) and Plaintiffs' Response thereto (ECF #65).

**c.** **Whether any party intends to file a dispositive pretrial motion**

Defendant, Rawlins intends to file a dispositive pretrial motion.

**d.** **Whether the case is to be tried jury or non-jury and the anticipated length of trial**

The case is to be tried by a jury. Plaintiffs, Rockwell and Holden, estimate that the case will take approximately five days to try. Defendant, Rawlins estimates that the case will take approximately three days to try.

**e.** **A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein**

The parties have not met to conduct settlement negotiations. Plaintiffs, Rockwell and Holden have not made a demand and Defendant, Rawlins has not made an offer.

**f.** **Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion**

The parties believe that it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference.

**g.** **Whether all parties consent, pursuant to 28 U.S.C. § 636 (c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment**

The parties do not consent to have a U.S. Magistrate Judge conduct all further proceedings in this case.

**h.** **Any other matter which you believe should be brought to the court's attention**

Plaintiffs may seek a modification of deadlines set forth in the Scheduling Order.

                /s/
Michael S. Greene (Federal Bar No. 11797)
MICHAEL S. GREENE, P.A.
11-A Gwynns Mill Court
Owings Mills, Maryland 21117
telephone: (410)363-9414
fax: (410)363-2659
email: mgreene@greenelegal.com
*Attorney for Plaintiffs, Daniel L. Rockwell and Demetria R. Holden*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July 2014, a copy of Plaintiffs, Daniel L. Rockwell's and Demetria R. Holden's Status Report, which was electronically filed in this case, was mailed via first class mail, postage prepaid to:

Dorrell A. Brooks, Esquire
Assistant City Solicitor
Baltimore Police Department
Office of Legal Affairs
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
*Attorney for Defendant, Baltimore Police Department*

Michael L. Marshall, Esquire
Chaz R. Ball, Esquire
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, Maryland 21202
*Attorneys for Defendants, Detective Clyde Rawlins*
*& Detective Richard Manning*

                /s/
Michael S. Greene