UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
Richard D. Bennett
United States District Judge
Northern Division

U.S. Courthouse - Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

August 13, 2014

**LETTER ORDER**

TO COUNSEL OF RECORD

RE: Daniel L. Rockwell et al. v. Clyde Rawlins et al.
Civil No. RDB-13-3049

Dear Counsel:

This will confirm the telephone conference of August 12, 2014. For reasons indicated on the record and with the agreement of counsel, the Motion to Bifurcate (ECF#58) is **GRANTED**. This case will proceed as to the individual Defendant Detective Clyde Rawlins and will be **STAYED** as to the Defendant Baltimore Police Department.

The Scheduling Order of March 12, 2014 (ECF#57) is supplemented as follows:

**Motions Hearing Scheduled if necessary**

**Settlement/ADR Conference with Magistrate Judge to be scheduled as requested**

**Pre Trial Conference**      Monday November 3, 2014 @ 4 PM

**5 Day Jury Trial**          November 10, 2014

Although informal in format, this letter nonetheless constitutes an order of court and the Clerk is directed to docket it as such.

Sincerely,

Richard D. Bennett
United States District Judge

RDB/brt