UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MAR -3 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Chambers of
Richard D. Bennett
United States District Judge
Northern Division

U.S. Courthouse – Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

March 2, 2015

## LETTER ORDER

TO COUNSEL OF RECORD

RE:   *Rockwell et al. v. Rawlins et al.*
      Civil No. RDB-13-03049

Dear Counsel:

This will confirm the conference of March 2, 2015 with respect to pre-trial matters in the above-captioned case. For the reasons stated during the conference,

1. This action is transferred to Judge Marvin Garbis;

2. Per the Letter Order of February 11, 2015, this Court conducted an *in camera* review for relevancy of the confidential personnel records, in accordance with the principles of *Bellamy-Bey v. Baltimore Police Department, et al.*, 237 F.R.D. 391 (D. Md. 2006). One of the files, File 2011-0097, will remain under seal, but copies of that file are available for either side to review. The parties will address any further evidentiary disputes arising from these files to Judge Garbis;

3. Defendant's Motion *in Limine* to Preclude Reference to Possible Alternative Actions Available to Defendant (**ECF No. 101**) is **DENIED**;

4. Plaintiffs voluntarily **DISMISS** Count VII of the subject Complaint (**ECF No. 2**);

5. Plaintiffs' proposed Motion *in Limine* regarding the good faith defense shall be filed by **12:00p.m.** on **Wednesday, March 4, 2015**, and Defendant will file a response by **12:00p.m.** on **Thursday, March 5, 2015**; and

6. By **5:00p.m.** on **Tuesday, March 3, 2015**, the parties will file a joint Pre-Trial Order, proposed voir dire, and proposed jury instructions.

Although informal in format, this letter nonetheless constitutes an order of court and the Clerk is directed to docket it as such.

                                      Sincerely,

                                      /s/ Richard D. Bennett  
                                      Richard D. Bennett  
                                      United States District Judge